UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HOWARD E. YODER and
DEBBIE L. YODER,

    Plaintiffs,

                                                                Case No. 1:05-cv-407
v.                                                       Hon. Hugh W. Brenneman, Jr.

WATERFIELD FINANCIAL CORPORATION,
and UNION FEDERAL BANK,

    Defendants.
                                             /

## JUDGMENT ORDER

For the reasons as set forth in the court's opinion, defendants' motion for summary judgment (docket no. 38) is **GRANTED** and judgment is entered in favor of defendants.

Dated: February 23, 2007                /s/ Hugh W. Brenneman, Jr.
                                                        Hugh W. Brenneman, Jr.
                                                        United States Magistrate Judge